**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).** For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Frictionless World, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-5285986** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1100 W. 120th Ave., Suite 600**<br>**Westminster, CO 80234**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Adams**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.frictionlessworld.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Frictionless World, LLC**                                                    Case number (*if known*) _____
         Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ■ None of the above |

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    4238

| | |
|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ■ Chapter 11. *Check all that apply*: |
| | ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that). |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | |
|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
| | ☐ Yes. |
| If more than 2 cases, attach a separate list. | |

District _____   When _____   Case number _____
District _____   When _____   Case number _____

| | |
|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No |
| | ☐ Yes. |
| List all cases. If more than 1, attach a separate list | |

Debtor _____                                   Relationship _____
District _____   When _____   Case number, if known _____

Debtor  **Frictionless World, LLC**                                      Case number *(if known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

**11. Why is the case filed in this district?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

         Contact name     _____

         Phone            _____

---

██  **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Frictionless World, LLC**
_____
Name

Case number (*if known*)   _____

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 30, 2019**
_____
MM / DD / YYYY

**X** **/s/ Daniel Banjo**
_____
Signature of authorized representative of debtor

**Daniel Banjo**
_____
Printed name

Title   **Chief Executive Officer**
_____

**18. Signature of attorney**

**X** **/s/ David V. Wadsworth**
_____
Signature of attorney for debtor

Date   **September 30, 2019**
_____
MM / DD / YYYY

**David V. Wadsworth 32066**
_____
Printed name

**Wadsworth Garber Warner Conrardy, P.C.**
_____
Firm name

**2580 West Main Street**
**Suite 200**
**Littleton, CO 80120**
_____
Number, Street, City, State & ZIP Code

Contact phone   **303-296-1999**
_____

Email address   **dwadsworth@wgwc-law.com**
_____

**32066 CO**
_____
Bar number and State

Fill in this information to identify the case:

Debtor name   **Frictionless World, LLC**

United States Bankruptcy Court for the:   **DISTRICT OF COLORADO**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Agtec Industries Pvt Ltd 38-B, Udyog Vihar, Ecotech -II Greater Noida, U.P. 201306 India** | | **Trade debt** | **Contingent Disputed** | | | $338,553.00 |
| **Atlas Denver Industrial, LP 12001 N. Central Expressway, Suite 875 Dallas, TX 75243** | | **Breach of contract -commercial office lease agreement** | | | | $110,563.04 |
| **Bluesea Trailer Parts Co Ltd Poli Huangdo Qingdao China** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | $13,387.50 |
| **Changzhou Henghao Special Alloy Co., Ltd No. 5-2, West Taihu Road Xinbei District Changzhou City JS China** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | $16,500.00 |
| **Frictionless LLC Room 608, Caifu Guangchang, Yanzheng Middle Rd Wujin District, Changzhou 213000 CHINA** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | $12,645,740.62 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | **Frictionless World, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hong Kong Chinabase Intl. Grp.** 4th Floor, B Block, Jianhua Indst. Park No 207-208 Qi Gu Deng Shou Shandong Road, Hangzhou China | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$6,864.00** |
| **Intradin Machinery Co [Huzhou]** No. 118 Dohui Road Minhang District Shanghai 201109 China | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$1,386,720.00** |
| **Kenneth Wilmes** 1388 Mt. Moriah Road Livermore, CO 80536 | | **Disputed severance** | **Contingent Unliquidated Disputed** | | | **$25,000.00** |
| **Ningbo NGP Industry Co., Ltd.** No. 88, Lane 666 Jinshan Road Czone Jianbei Investment Center Ningbo China | | **Trade debt** | | | | **$964,243.94** |
| **Sinotub Industry Co Ltd** D-802 Pufa Plaza 1759 North Zhongshan Road Shanghai China | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$20,496.00** |
| **Syndigo** 833 E. South St. Stoughton, WI 53589 | | **Trade debt** | | | | **$12,690.00** |
| **Tiya International Co Ltd** B12B Shenye Center 9 Shangdong Rd Qingdao 266071 China | | **Trade debt** | | | | **$1,119,369.50** |
| **Yongkang Legend Garden Machinery Factory** No. 501 Xita Road Chengxi Industrial Zone Yongkang City, Zhejiang Prov. China | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$37,170.00** |

Debtor  **Frictionless World, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Z.L. Investment Room 102, No. 18 Xin Ya Road Wujin High-Tech District, Changzhou City Jiangsu Province, China** | | **Contested litigation claims against Debtor** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$0.00** |
| **Zhejiang Kc Mechanical & Electrical No. 299 East Huaxi Road Gushan Yongkang Zhejiang China** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$147,244.76** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name **Frictionless World, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $17,727,792.00 |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $26,223,116.00 |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $17,565,086.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Frictionless World, LLC**                                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See attachment** | | **$3,179,427.10** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Atlas Denver Industrial, LP v. Frictionless World, LLC**<br>**19CV31488** | **Forcible entry and detainer** | **Adams District Court**<br>**1100 Judicial Center Dr.**<br>**Brighton, CO 80601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.    **Changzhou Zhong Lian Investment Co. Ltd v. Daniel Banjo, Frictionless World LLC, Frictionless, LLC v. Li Zhixiang, Z.L. Investment and Changzhou Inter Universal Machine & Equipment Co., Ltd.**<br>**01-19-0001-1748** | **Breach of contracts, fraud** | **American Arbitration Association**<br>**120 Broadway, 21st Floor**<br>**New York, NY 10271** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Frictionless World, LLC**                                    Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Wilmes v. Frictionless World, LLC et al.**<br>**19C757** | **Breach of Employment Contract** | **Boulder County Court**<br>**1777 6th Street**<br>**Boulder, CO 80302** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

---

**Part 5:   Certain Losses**

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:   Certain Payments or Transfers**

11.   **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Wadsworth Garber Warner Conrardy, PC**<br>**2580 W. Main St., Suite 200**<br>**Littleton, CO 80120** | | **8/1/19,**<br>**9/16/19** | **$105,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **Frictionless World, LLC**      Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **r2 advisors llc**<br>**1350 17th Street, Suite 206**<br>**Denver, CO 80202** | | **8/5/19** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Three Twenty-One Capital Partners**<br>**5950 Symphony Woods Road, Suite 200**<br>**Columbia, MD 21044** | **Retainer** | **9/18/19** | **$30,000.00** |
| | Relationship to debtor | | | |
| 13.2. | **Anderson Industrial Engines**<br>**13423 Lynam Drive**<br>**Omaha, NE 68106** | **Return of Honda engines not previously paid for.** | **9/16/19** | **$70,689.42** |
| | Relationship to debtor | | | |
| 13.3. | **Thomas P. Howard, LLC**<br>**842 W. South Boulder Road, Suite 100**<br>**Louisville, CO 80027** | **Retainer** | **9/19** | **$300,000.00** |
| | Relationship to debtor | | | |
| 13.4. | **Frictionless LLC** | **All transfers made to Frictionless in 2019.** | **2019** | **$4,611,143.40** |
| | Relationship to debtor | | | |

| Debtor | **Frictionless World, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Frictionless World LLC 401k Plan** | EIN:  **45-5285986** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

| Debtor | **Frictionless World, LLC** | Case number *(if known)* |
|---|---|---|

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Barr Small Engine Repair**<br>**3-53 Armstrong Ave**<br>**Georgetown, ON**<br>**L7G 4S1, Canada** | **Greg Barr** | **Warranty Parts** | ☐ No<br>■ Yes |
| **Dan Banjo**<br>**2807 Jay Road**<br>**Boulder, CO 80301** | **Dan Banjo** | **Prototype/demo equipment and tractor for videography/customer service enhancements/ product testing** | ☐ No<br>■ Yes |
| **Public Storage**<br>**3150 S. 44th Street**<br>**Kansas City, KS 66106** | **Paul Emig** | **Demo Equipment** | ■ No<br>☐ Yes |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an**

| Debtor | **Frictionless World, LLC** | Case number *(if known)* |
|---|---|---|

**environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.      **Anton Collins Mitchell LLP**<br>**303 E. 17th Avenue**<br>**Suite 600**<br>**Denver, CO 80203** | **2/28/17-present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.      **See attachment** |

**27. Inventories**

| Debtor | Frictionless World, LLC | Case number (if known) | |
|---|---|---|---|

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Hampton Smith | Various (spot checks, physicals, cycle counts) | Basis is physical and cycle counts of products on continuing basis |

| Name and address of the person who has possession of inventory records |
|---|
| Frictionless World, LLC |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dan Banjo | 2807 Jay Road Boulder, CO 80301 | CEO, Member | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paul Emig | 10129 W. 119th Terrace Overland Park, KS 66213 | VP Sales | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Hampton Smith | 11704 Pecos Street, #101 Denver, CO 80234 | VP Operations | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rob Germundson | 15915 Vermillion Way Broomfield, CO 80023 | CFO | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ken Wilmes | 1388 Mount Moriah Road Livermore, CO 80536 | VP Business Development | April 2019-August 2019 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

Debtor   **Frictionless World, LLC**                                              Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Dan Banjo**<br>**2807 Jay Road**<br>**Boulder, CO 80301** | **$293,412.93** | **10/1/18-9/27/19** | **W2 salary and distributions** |
| | **Relationship to debtor**<br>**CEO/Member** | | | |
| 30.2. | **Paul Emig**<br>**10129 W. 119th Terrace**<br>**Overland Park, KS 66213** | **$153,087.48** | **10/1/18-9/27/19** | **W2 salary and 2018 performance bonus paid in 2019.** |
| | **Relationship to debtor**<br>**VP Sales** | | | |
| 30.3. | **Hampton Smith**<br>**11704 Pecos Street, #101**<br>**Denver, CO 80234** | **$109,131.44** | **10/1/18-9/27/19** | **W2 salary and 2018 performance bonus paid in 2019.** |
| | **Relationship to debtor**<br>**VP Operations** | | | |
| 30.4. | **Rob Germundson**<br>**15915 Vermillion Way**<br>**Broomfield, CO 80023** | **$153,576.58** | **10/1/18-9/27/19** | **W2 salary and 2018 performance bonus paid in 2019.** |
| | **Relationship to debtor**<br>**CFO** | | | |
| 30.5. | **Kenneth Wilmes**<br>**1388 Mt. Moriah Road**<br>**Livermore, CO 80536** | **$175,665.93** | **10/1/18-8/12/19** | **W2 Salary and 2018 performance bonus paid in 2019.** |
| | **Relationship to debtor**<br>**VP** | | | |
| 30.6. | **Dan Banjo**<br>**2807 Jay Road**<br>**Boulder, CO 80301** | **Federal and State tax refunds: $96,795** | **8/15/19** | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

Debtor   **Frictionless World, LLC**                                      Case number *(if known)*

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

<hr/>

**Part 14:**   **Signature and Declaration**

<hr/>

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 30, 2019**

**/s/ Daniel Banjo**                                  **Daniel Banjo**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**SOFA #3 Attachment**

| Creditors Name | Street Address 1 | Street Address 2 | City | State | Country | Zip | Total Amount $ |
|---|---|---|---|---|---|---|---|
| ACCOUNTEMPS | P.O. BOX 743295 | | LOS ANGELES | CA | US | 90074-3295 | $17,715.91 |
| AGILITY LOGISTICS CORP | BLDG 2, SUITE 300 | 14221 EAST 4TH AVENUE | AURORA | CO | US | 80111 | $301,593.38 |
| AGTEC INDUSTRIES PVT LTD | 38-B, UDYOG VIHAR, ECOTECH - II | GREATER NOIDA | | U.P. | IN | 201306 | $27,316.00 |
| ALTAQUIP LLC | 100 PRODUCTION DRIVE | | HARRISON | OH | US | 45030 | $15,620.76 |
| ATLAS DENVER INDUSTRIAL LP | C/O CEDAR RIDGE SERVICES | 2001 N. CENTRAL EXPRESSWAY, SUITE 87 | DALLAS | TX | US | 75243 | $109,590.97 |
| BEANSTALK | 1285 SIXTH AVE | | NEW YORK | NY | US | 10019 | $25,085.55 |
| BRIGGS & STRATTON CORPORATION | 12301 W. WIRTH STREET | | WAUWATOSA | WI | US | 53222 | $85,722.00 |
| BRUCE CLARK | 2286 KENSINGTON WAY | | NEW BRAUNFELS | TX | US | 78130 | $6,840.00 |
| CHANGZHOU HENGHAO SPECIAL ALLOY CO., LTD | NO. 5-2 , WEST TAIHU ROAD | XINBEI DISTRICT | CHANGZHOU CITY | JS | CN | | $27,500.00 |
| CHANGZHOU KING-TOWN | INTERNATIONAL TRADE CO., LTD | 1103,NO.50JUQIANJIE,CHANGZHOU,JIAN | CHANGZHOU | JIANGSU | CN | | $8,250.00 |
| CHASE BANK | 1301 CANYON BLVD | | BOULDER | CO | US | 80301 | $16,995.04 |
| CHASE COMMERCIAL LOAN | PO BOX 6026 MAILCODE IL1-0054 | | CHICAGO | IL | US | 60680-6026 | $258,285.48 |
| CHASE COMMERCIAL PURCHASE CARD | 1301 CANYON BLVD | | BOULDER | CO | US | 80301 | $354,716.47 |
| CHASE INK CREDIT CARD | 1301 CANYON BLVD | | BOULDER | CO | US | 80301 | $89,415.74 |
| CONSTRUCTION CASUALLY INSURANCE | 3637 4TH STREET NORTH | | SAINT PETERSBURG | FL | US | 33701 | $9,000.00 |
| DAN BANJO | 2807 JAY ROAD | | BOULDER | CO | US | 80301 | $13,333.33 |
| ESTES EXPRESS LINES | PO BOX 25612 | | RICHMOND | VA | US | 23260-5612 | $10,232.78 |
| FRICTIONLESS LLC | Room 608, Caifu Guangchang, Yanzheng Middle Rd | Wujin District | Changzhou | JIANGSU | CN | 213000 | $72,188.04 |
| HARTFORD FINANCIAL SERVICES, INC | PO BOX 415738 | | BOSTON | MA | US | 02241-5738 | $88,504.55 |
| INTRADIN | No.118 DUHUI ROAD | MINHANG DISTRICT | SHANGHAI | | CN | 201109 | $438,480.00 |
| KAISER PERMANENTE | MEMBERSHIP ADMINISTRATION | PO BOX 711697 | DENVER | CO | US | 80271-1697 | $43,737.87 |
| LENERTZ INDUSTRIAL SUPPLY CO INC | 725 VENTURA STREET | | AURORA | CO | US | 80011 | $84,998.88 |
| MID-STATES DISTRIBUTING COMPANY | ATTN: ACCTS RECV/SHOW PAYMENTS | P.O. Box 64537 | ST. PAUL | MN | US | | $7,600.00 |
| NEXT STRATEGIC TECHNOLOGIES INC | 420 EAST 58TH AVE STE 141 | | DENVER | CO | US | 80216 | $28,359.44 |
| PRIMESOURCE STAFFING LLC | 10065 E HARVARD AVE, STE 230 | | DENVER | CO | US | 80231 | $13,356.21 |
| R+L CARRIERS | PO BOX 10020 | | PORT WILLIAM | OH | US | 45164-2000 | $64,926.55 |
| REDDAWAY INC. | 26401 NETWORK PLACE | | CHICAGO | IL | US | 0 | $8,225.67 |
| SAIA MOTOR FREIGHT LINE, LLC | PO BOX 730532 | | DALLAS | TX | US | 75373 | $98,955.75 |
| SCHNEIDER NATIONAL INC | PO BOX 841831 | | DALLAS | TX | US | 75284-1831 | $20,801.19 |
| SOURCE ONE | NO. 298 YONG DING WEST ROAD | ECONOMIC DEVELOPMENT ZONE | TAIZHOU, JIANGSU | | CN | 225300 | $37,987.00 |
| THOMAS HOWARD | 842 W. SOUTH BOULDER RD | SUITE 100 | LOUISVILLE | CO | US | 80027 | $95,706.86 |
| TIYA INTERNATIONAL CO LTD | 8128 SHENYE CENTER | 9 SHANDONG RD | QINGDAO | 0 | CN | 266071 | $118,630.69 |
| UPS | LOCKBOX 577 | | CAROL STREAM | IL | US | 60132-0577 | $172,413.97 |
| US CBP PAYMENT | P.O. BOX 979126 | | ST. LOUIS | MO | US | 63197-9000 | $457,993.14 |
| WANDA TYRE | EASTSIDE TO JINGJINTANG HIGHWAY | YIXINGBU TOWN, BEICHEN | DISTRICT TIANJIN | | CN | 300402 | $28,652.10 |
| YONGKANG LEGEND GARDEN MACHINERY FACTORY | NO. 501 XITA ROAD | CHENGXI INDUSTRIAL ZONE | YONGKANG CITY, ZHEJIANG PROV. | | CN | 0 | $34,454.00 |
| ZHEJIANG KC MECHANICAL & ELECTRICAL | NO. 299 EAST HUAXI ROAD | GUSHAN YONGKANG | ZHEJIANG | | CN | 0 | $238,094.00 |

## SOFA 26d.1 Attachment

Chase Bank
1301 Canyon Blvd
Boulder
CO
80302

R2 Advisors
1350 17th Street, Suite 210
Denver
CO
80202

Integris Partners
1099 18th St
Denver
CO
80202

Champion
12039 Smith Ave
Santa Fe Springs
CA
90670

CIBC
1550 Wetta St. Suite 520
Denver
CO
80202

Encina Business Credit
123 N. Wacker Drive, Suite 2400
Chicago
IL
60606

Gibraltar Business Capital
400 Skokie Blvd #375
Northbrook
IL
60062

Ares Management LLC
245 Park Avenue 41st Floor
New York
NY
10167

Capital Value Advisors
101 University Blvd #400
Denver
CO
80206

Highline Group
250 Fillmore St
Denver
CO
80206

Anton, Collins, and Mitchell
303 E. 17th Avenue, Suite 600
Denver
CO
80203

Three Twenty-One Capital Partners
5950 Symphony Woods Rd. Ste 200
Columbia
MD
21044

Peak View Partners
1610 Wynkoop St #150
Denver
CO
80202

Fruition Private Equity
1331 17th St
Denver
CO
80202

Aramar Capital Group
489 5th Ave
New York
NY
10017

Focal Point Partners
11150 CA-2 #1550
Los Angeles
CA
90025

Hitachi Business Finance
800 West University Dr.
Rochester
MI
48307

Stonegate Capital
123 N Wack Drive, Suite 1160
Chicago
IL
60606

Copley Equity Partners
150 Newport Avenue Extension
Quincy
MA
2171

Houlihan Lokey
100 Crescent Ct.
Dallas
TX
75201

Siena Lending
220 North Green Street
Chicago
IL
60607

Forbers M&A Group
8480 E Orchard Rd #2400
Greenwood Village
CO
80111

Ariens
655 West Ryan Street PO Box 157
Brillion
WI
54110-1098

Cowen
300 Park St. Suite 480
Birmingham
MI
48009

Gordon Brothers
800 Boylston Street, 27th Floor
Boston
MA
20199

Crestmark
3146 Hardin Street
Castle Rock
CO
80109

Business Capital
311 California Street
San Francisco
CA
94104

Capital Peak Partners LLC
50 Ivanhoe St
Denver
CO
80220

Grey Mountain Partners
1470 Walnut St
Boulder
CO
80302

| Fill in this information to identify the case: |
|---|
| Debtor name    **Frictionless World, LLC** |
| United States Bankruptcy Court for the:    DISTRICT OF COLORADO |
| Case number (if known)    _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*....................................................................................................    $     **0.00**

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.................................................................................................    $     **14,600,503.09**

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..................................................................................................    $     **14,600,503.09**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $     **25,000.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$     **17,339,542.36**

4.   **Total liabilities** ...............................................................................................................
     Lines 2 + 3a + 3b      | $     **17,364,542.36** |

**Fill in this information to identify the case:**

Debtor name **Frictionless World, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 2. | **Cash on hand** | | | **$182.52** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Operating account** | **6981** | **$203,269.16** |
| 3.2. | **Chase Bank** | **Accounts Receivable account** | **7389** | **$565,145.84** |
| 3.3. | **Chase bank** | **Accounts Payable account** | **7005** | **$0.00** |
| 3.4. | **PayPal** | **Cash account** | | **$14,936.83** |
| 3.5. | **Chase Bank** | **Savings account** | **3005** | **$3,740,708.19** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$4,524,242.54** |
|---|

| Debtor | **Frictionless World, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. **Security Deposits (Landlord may have offset)**      $100,000.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1. **Prepayments contracts, leases, insurance and taxes**      $44,686.58

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.      $144,686.58

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **2,633,143.63** | - | **0.00** | = .... | **$2,633,143.63** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **233,020.43** | - | **0.00** | =.... | **$233,020.43** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      $2,866,164.06

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Frictionless World, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**
    **Inventory: see attached**
    **spreadsheet**

| | | $0.00 | Recent cost | $6,439,446.91 |
|---|---|---|---|---|

22. **Other inventory or supplies**

23. **Total of Part 5.**

| | | | $6,439,446.91 |
|---|---|---|---|

   Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value        **381,100.56**   Valuation method _____   Current Value        **0.00**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office furniture including book cases, cabinets, partitions, chairs, tables** | $83,139.78 | Recent cost | Unknown |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Office Equipment: see attached list** | $38,096.17 | Recent cost | Unknown |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

| | | | $0.00 |
|---|---|---|---|

   Add lines 39 through 42. Copy the total to line 86.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Frictionless World, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2019 Ford F250 diesel truck (white)** | $45,246.92 | Recent cost | Unknown |
| 47.2.  **2019 GMC Sierra truck (black)** | $54,299.80 | Recent cost | Unknown |
| 47.3.  **2019 GMC Sierra truck (white)** | $55,069.05 | Recent cost | Unknown |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.  **Work trailer 1** | $491.09 | Recent cost | $0.00 |
| 48.2.  **Work trailer 2** | $3,297.13 | Recent cost | $0.00 |
| 48.3.  **Trailer 1 accessories** | $66.54 | Recent cost | $0.00 |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Other machinery, fixtures and equipment: see<br>attached list** | $694,003.18 | Recent cost | $0.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| $0.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Frictionless World, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Leasehold improvements** | | **$56,148.48** | **Recent cost** | **Unknown** |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | **$0.00** |
|---|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

■ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>**Patents, copyrights, trademarks, trade secrets -see attached list** | **Unknown** | | **Unknown** |
| 61.  **Internet domain names and websites**<br>**Internet domain names and website -see attached list** | **Unknown** | | **Unknown** |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations**<br>**Customer master record list** | **Unknown** | | **Unknown** |

---

| Debtor | **Frictionless World, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 64. | Other intangibles, or intellectual property<br>**Unamortized Epicor software license and add<br>on modules** | **$8,802.02** | | **$0.00** |
|---|---|---|---|---|

| 65. | **Goodwill**<br>**Goodwill** | **Unknown** | | **$0.00** |
|---|---|---|---|---|

| 66. | **Total of Part 10.** | | **$0.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **NOL's** | Tax year **2016** | **$524,558.00** |
|---|---|---|

| **NOL's** | Tax year **2018** | **$96,795.00** |
|---|---|---|

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Claims against ZL Investments, CIU, Li Zhixiang, Li Mingsu, Li Jun, and Yin Gelei.**

**Unknown**

Nature of claim
Amount requested | **$50,000,000.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Frictionless World, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Claims again Ken Wilmes for turnover of property, violation of non-compete, tortious interference with business.** | **$0.00** |
| **Nature of claim** | |
| **Amount requested**                    $5,000,000.00 | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **Sportsman's club membership** | **$3,300.00** |

| | |
|---|---|
| **AICPA Membership** | **$655.00** |

| | |
|---|---|
| **AICPA Membership** | **$655.00** |

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   | |
   |---|
   | **$625,963.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Debtor | **Frictionless World, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,524,242.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $144,686.58 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,866,164.06 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $6,439,446.91 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $625,963.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,600,503.09 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $14,600,503.09 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**SCHEDULE B.21-23 ATTACHMENT**

| 21 | Finished Goods | | | |
|---|---|---|---|---|
| 21.1 | ACCESSORIES | $35,339.02 | Standard landed cost | $35,339.02 |
| 21.2 | ALL TERRAIN CARTS | $24,405.86 | Standard landed cost | $24,405.86 |
| 21.3 | AUGERS | $88,870.60 | Standard landed cost | $88,870.60 |
| 21.4 | CHIPPER/SHREDDERS | $282,337.10 | Standard landed cost | $282,337.10 |
| 21.5 | CLAM ICE AUGER | $855,113.73 | Standard landed cost | $855,113.73 |
| 21.6 | GENERATORS | $309,936.75 | Standard landed cost | $309,936.75 |
| 21.7 | HITCHES | $62,636.63 | Standard landed cost | $62,636.63 |
| 21.8 | LOG SPLITTERS | $286,206.95 | Standard landed cost | $286,206.95 |
| 21.9 | MOWERS | $98,912.34 | Standard landed cost | $98,912.34 |
| 21.10 | OEM | $188,525.69 | Standard landed cost | $188,525.69 |
| 21.11 | OTHER | $14,584.01 | Standard landed cost | $14,584.01 |
| 21.12 | PARTS | $1,225,452.52 | Standard landed cost | $1,225,452.52 |
| 21.13 | PHD/POST POUNDERS | $93,379.37 | Standard landed cost | $93,379.37 |
| 21.14 | PLATE COMPACTORS | $117,571.90 | Standard landed cost | $117,571.90 |
| 21.15 | PUMPS | $58,595.24 | Standard landed cost | $58,595.24 |
| 21.16 | RANCHEX | $764,855.18 | Standard landed cost | $764,855.18 |
| 21.17 | REDBACK | $404,295.84 | Standard landed cost | $404,295.84 |
| 21.18 | SNOW BLOWERS | $338,096.41 | Standard landed cost | $338,096.41 |
| 21.19 | STRING TRIMMERS | $14,100.55 | Standard landed cost | $14,100.55 |
| 21.20 | TILLERS | $336,297.35 | Standard landed cost | $336,297.35 |
| 21.21 | TROLLING MOTOR | $2,889.38 | Standard landed cost | $2,889.38 |
| 21.22 | TROPHY STRIKE | $562,040.08 | Standard landed cost | $562,040.08 |
| 21.23 | WIRE STRETCHERS | $25,927.99 | Standard landed cost | $25,927.99 |
| 22.10 | Other inventory or supplies - Advance Inventory Payments | $240,007.48 | Vendor Deposits | $240,007.48 |
| 22.11 | Other inventory or supplies - Inventory in Transit | $627,417.94 | Standard landed cost | $627,417.94 |
| 22.12 | Other inventory or supplies - Inventory Reserve | ($618,349.00) | Reserve Estimate | ($618,349.00) |
| 23 | Total of part 5 | | | $6,439,446.91 |

**SCHEDULE B.41 ATTACHMENT**

| PART 7 | | General Description | NBV | Valuation Method | Current Value of Debtors Interest |
|---|---|---|---|---|---|
| 41 | Office Equipment, computers, communication systems, software | Office Equipment, computers, communication systems, software | **$38,096.17** | Cost | Unknown |
| 41.1 | | Telephony Telephony Depot/Fax-Deposit | $608.30 | Cost | Unknown |
| 41.2 | | D2R Solutions IT Buildout | $4,568.38 | Cost | Unknown |
| 41.3 | | D2R Solutions IT Buildout | $1,330.74 | Cost | Unknown |
| 41.4 | | VTI Security Security System (Deposit) | $1,916.67 | Cost | Unknown |
| 41.5 | | VTI Security Security System (Remainder) | $2,104.46 | Cost | Unknown |
| 41.6 | | VTI Security  Security System (Remainder) | $492.12 | Cost | Unknown |
| 41.7 | | Capital Business System Printer&Staple Finisher for CS Team | $419.10 | Cost | Unknown |
| 41.8 | | Dell Business Credit  Laptop | $183.76 | Cost | Unknown |
| 41.9 | | Apple Store IMAC 27" | $362.49 | Cost | Unknown |
| 41.10 | | Dell Business Credit  3-OptiPlex 9020M BTX | $550.94 | Cost | Unknown |
| 41.11 | | D2R Solutions Second Production shipping station | $724.46 | Cost | Unknown |
| 41.12 | | Amazon.com 80" television | $999.50 | Cost | Unknown |
| 41.13 | | Dell Business Credit  4-Dell UltraSharp 24 Monitor | $282.34 | Cost | Unknown |
| 41.14 | | Dell Business Credit  1-XPS 13 (9350) | $390.41 | Cost | Unknown |
| 41.15 | | B&H PHOTO Audio Equipment | $1,454.48 | Cost | Unknown |
| 41.16 | | Dell Business Credit  2-Dell Precision Tower 5810 XCTO Base | $1,225.56 | Cost | Unknown |
| 41.17 | | Dell Business Credit   Computer and monitor | $1,437.69 | Cost | Unknown |
| 41.18 | | Apple Online Computer and monitor | $911.72 | Cost | Unknown |
| 41.19 | | D2R Solutions   Port expansion for IT room | $846.49 | Cost | Unknown |
| 41.20 | | D2R Solutions   Additional Cabling & Installation for IT room | $2,259.16 | Cost | Unknown |
| 41.21 | | Dell Business Credit   Computer | $594.78 | Cost | Unknown |
| 41.22 | | Epicor  UCC/128 Processing | $1,448.33 | Cost | Unknown |
| 41.23 | | Dell Business Credit   Monitors | $711.79 | Cost | Unknown |
| 41.24 | | D2R Solutions   Tablet and cordless imager | $908.73 | Cost | Unknown |
| 41.25 | | Aspen Laser & Technology  Kyocera 4200 Printer - Shipping Station | $426.91 | Cost | Unknown |
| 41.26 | | Dell Business Credit   Computer and monitors | $3,389.50 | Cost | Unknown |
| 41.27 | | Dell Business Credit   Computer and monitors | $2,524.75 | Cost | Unknown |
| 41.28 | | Dell Business Credit   Computer and monitors | $753.92 | Cost | Unknown |
| 41.29 | | Dell Business Credit   Computer and monitors | $2,394.52 | Cost | Unknown |
| 41.30 | | D2R Solutions HP Expansion Module | $1,874.20 | Cost | Unknown |

**SCHEDULE B.50 ATTACHMENT**

| | | General Description | NBV | Valuation Method | Current Value of Debtors Interest |
|---|---|---|---|---|---|
| 50 | Other Machinery, Fixtures, Equipment | | | | |
| 50.10 | | Fork Lift #1 Crown Lift Trucks | $0.00 | Cost | Unknown |
| 50.11 | | Fork Lift #2 Crown Lift Trucks | $0.00 | Cost | Unknown |
| 50.12 | | Steel Dockboard Dockboard to unload/load | $69.79 | Cost | Unknown |
| 50.13 | | Standing Fork Lift Crown Lift Trucks | $3,338.88 | Cost | Unknown |
| 50.14 | | Wire Racks Wire Racks | $110.66 | Cost | Unknown |
| 50.15 | | Rack Sytem Rack System(Downpayment) | $4,046.40 | Cost | Unknown |
| 50.16 | | Rack System Rack System (60% downpayment) | $8,092.81 | Cost | Unknown |
| 50.17 | | Rack System Rack System (remainder) | $2,251.21 | Cost | Unknown |
| 50.18 | | Forklift Charger Crown Lift Trucks | $195.48 | Cost | Unknown |
| 50.19 | | Rider Scrubber Battery-Powered Rider Scrubber | $5,211.44 | Cost | Unknown |
| 50.20 | | Wrapper Machine Victory Packaging | $2,129.42 | Cost | Unknown |
| 50.21 | | 4-Wheel Sit Down Counterbalance Warehouse Equipment | $6,293.66 | Cost | Unknown |
| 50.22 | | Fork Lift Charger 3 Phase 480 AC Input Charger | $677.15 | Cost | Unknown |
| 50.23 | | Jamco Products Inc BS90 Flammable Locker | $232.80 | Cost | Unknown |
| 50.24 | | RF Scanner Custom Hardware | $1,506.84 | Cost | Unknown |
| 50.25 | | RF Scanner Spare battery, holster, cradle | $295.94 | Cost | Unknown |
| 50.26 | | Crown Lift Trucks Rack System (30% downpayment) | $7,182.50 | Cost | Unknown |
| 50.27 | | Biometric Clock Warehouse Time Clock | $531.87 | Cost | Unknown |
| 50.28 | | Selective Rack Rack from Crown Lift | $19,174.73 | Cost | Unknown |
| 50.29 | | Air Compressor 7.5-HP 53-Gallon Rotary Screw Compressor | $1,772.40 | Cost | Unknown |
| 50.30 | | Fork Lift Forks Extended length forks | $366.77 | Cost | Unknown |
| 50.31 | | Permit Permit for the rack system | $829.76 | Cost | Unknown |
| 50.32 | | Fridge Fridge in warehouse | $898.24 | Cost | Unknown |
| 50.33 | | Tools Warehouse tools | $940.10 | Cost | Unknown |
| 50.34 | | Scanner Guns Scanner, battery, and holster | $1,839.62 | Cost | Unknown |
| 50.35 | | Scissor Lift Above All Equipment | $7,595.24 | Cost | Unknown |
| 50.36 | | Fork Lift 4-Wheel Sit Down Counterbalance | $13,242.50 | Cost | Unknown |
| 50.37 | | Uline Utlity Carts | $628.61 | Cost | Unknown |
| 50.38 | | Uline Work Platforms | $2,055.95 | Cost | Unknown |
| 50.39 | | Victory Packaging Strap Tensioner Wrapper | $4,931.52 | Cost | Unknown |
| 50.40 | | Two Way Radio Two Way Radio | $672.57 | Cost | Unknown |
| 50.41 | | Crown Lift Trucks 84 Bays of Selective rack | $683.60 | Cost | Unknown |
| 50.42 | | Two Way Radio Two Way Radio | $521.18 | Cost | Unknown |
| 50.43 | | AED Super Store Defirbrilator | $786.86 | Cost | Unknown |
| 50.44 | | Sheet metal working tools Klutch Deluxe Foot Shear & Klutch Plate Shear | $1,656.58 | Cost | Unknown |
| 50.45 | | Discount Two Way Radio Discount Two Way Radio | $735.02 | Cost | Unknown |
| 50.46 | | Pneumatic Tool Pnuematic Bander | $2,250.12 | Cost | Unknown |
| 50.47 | | Tractor Tractor | $17,387.18 | Cost | Unknown |
| 50.48 | | Crown Lift Trucks Fork Lift SP3520-30 | $23,950.57 | Cost | Unknown |
| 50.49 | | Barreto Manufacturing Rototiller Model 1320 Serial #13019 | $2,118.26 | Cost | Unknown |
| 50.50 | | Vectrax Lathe Lathe | $3,381.55 | Cost | Unknown |
| 50.51 | | Sharp Mill/Acu-Rite Readout Mill | $4,800.82 | Cost | Unknown |
| 50.52 | | Welch Rack System | $62,847.38 | Cost | Unknown |
| 50.53 | | Miller Miller 350P Welder | $4,444.00 | | |
| 50.54 | | Lift Trucks Encore RR with Battery & Charger | $31,459.92 | | |
| 50.55 | | Sealed Air Insta Packer | $5,538.60 | | |
| 50.56 | | Arclight Dynamics, Cascade Steel Works Engineers' CNC Table | $16,118.97 | | |
| 50.57 | | Tooling - HK Chinabase Tooling from HK Chinabase | $5,043.42 | | |
| 50.58 | | Tooling - HK Chinabase Tooling from HK Chinabase | $707.14 | | |
| 50.59 | | Tooling - HK Chinabase Tooling from HK Chinabase | $4,533.33 | | |
| 50.60 | | Tooling - Packaging Corp of America Tooling - Packaging Corp of America | $2,127.71 | | |
| 50.61 | | Tooling - Packaging Corp of America Tooling- Print Plates | $1,066.76 | | |
| 50.62 | | Tooling- Packaging Corp of America Tooling- Cutting Die Bottom | $1,470.99 | | |
| 50.63 | | Tooling- Source One Tooling- Ice Auger cutterhead | $4,410.71 | | |
| 50.64 | | Tooling - HK Chinabase Tooling from HK Chinabase | $11,611.52 | | |
| 50.65 | | Tooling - Ningbo NGP Tooling - Clam Ice Auger | $30,586.11 | | |
| 50.66 | | Tooling - Agtec Tooling - Agtec Log Splitters | $4,880.95 | | |
| 50.67 | | Air Compressor 10-HP 120-Gallon Rotary Screw Compressor | $1,858.86 | | |
| 50.68 | | Lottman Oil 8000 Gallon Tank | $7,183.45 | | |
| 50.69 | | Conveyor Assembly Line Lynch Material Handling | $136,453.78 | | |
| 50.70 | | Conveyor Assembly Line Lynch Material-Rough Cut Assembly | $17,181.02 | | |
| 50.71 | | Conveyor Assembly Line Assembly Line Electrical Work | $24,417.46 | | |
| 50.72 | | Conveyor Assembly Line Crane & Runway System - RC line | $6,203.92 | | |

**SCHEDULE B.60-61 ATTACHMENT**

| | | | NBV | Valuation Method | Current Value of Debtors Interest |
|---|---|---|---|---|---|
| 60 | Patents, copyrights, trademarks, trade secrets | | | | |
| 60.10 | Log Splitters | US D681,701 | Unknown | Intangible | Unknown |
| 60.11 | Log Splitters | US D706,318 | Unknown | Intangible | Unknown |
| 60.12 | Log Splitters | US D706,319 | Unknown | Intangible | Unknown |
| 60.13 | Log Splitters | US D706,843 | Unknown | Intangible | Unknown |
| 60.14 | Log Splitters | US D789,997 | Unknown | Intangible | Unknown |
| 60.15 | Log Splitters | US 9,381,668 | Unknown | Intangible | Unknown |
| 60.16 | Log Splitters | US 10,011,040 | Unknown | Intangible | Unknown |
| 60.17 | Log Splitters | CA 150,322 | Unknown | Intangible | Unknown |
| 60.18 | Log Splitters | CA 156,312 | Unknown | Intangible | Unknown |
| 60.19 | Log Splitters | CA 156,313 | Unknown | Intangible | Unknown |
| 60.20 | Log Splitters | CA 156,314 | Unknown | Intangible | Unknown |
| 60.21 | Log Splitters | CA 165,016 | Unknown | Intangible | Unknown |
| 60.22 | Log Splitters | CA 2,850,939 | Unknown | Intangible | Unknown |
| 60.23 | Log Splitters | CN ZL201330084643.5 | Unknown | Intangible | Unknown |
| 60.24 | Log Splitters | CN ZL201430116885.2 | Unknown | Intangible | Unknown |
| 60.25 | Log Splitters | CN ZL201430116993.X | Unknown | Intangible | Unknown |
| 60.26 | Log Splitters | CN ZL201430116886.7 | Unknown | Intangible | Unknown |
| 60.27 | Log Splitters | CN ZL201530400856.6 | Unknown | Intangible | Unknown |
| 60.28 | String Trimmers | US D757,121 | Unknown | Intangible | Unknown |
| 60.29 | String Trimmers | US 9,743,582 | Unknown | Intangible | Unknown |
| 60.30 | String Trimmers | CA 164,918 | Unknown | Intangible | Unknown |
| 60.31 | String Trimmers | CA 2,867,727 | Unknown | Intangible | Unknown |
| 60.32 | String Trimmers | CN ZL201530409190.8 | Unknown | Intangible | Unknown |
| 60.33 | Field and Brush Mowers | US D757,122 | Unknown | Intangible | Unknown |
| 60.34 | Field and Brush Mowers | CA 165,015 | Unknown | Intangible | Unknown |
| 60.35 | Field and Brush Mowers | CN ZL201530420520.3 | Unknown | Intangible | Unknown |
| 60.36 | Equipment Shipping | US 10,023,093 | Unknown | Intangible | Unknown |
| 60.37 | Equipment Shipping | US 10,086,741 | Unknown | Intangible | Unknown |
| 60.38 | Equipment Shipping | US 10,118,531 | Unknown | Intangible | Unknown |
| 60.39 | Frictionless World® | | Unknown | Intangible | Unknown |
| 60.40 | Dirty Hand Tools® | | Unknown | Intangible | Unknown |
| 60.41 | Ranchex® | | Unknown | Intangible | Unknown |
| 60.42 | Trophy Strike® | | Unknown | Intangible | Unknown |
| 60.43 | Vinsetta Tools® | | Unknown | Intangible | Unknown |
| 60.44 | Redback® | | Unknown | Intangible | Unknown |
| 61 | Internet Domain Names and Websites | | | | |
| 61.10 | clamwarranty.com | | Unknown | Intangible | Unknown |
| 61.11 | DIRTYHANDTOOL.COM | | Unknown | Intangible | Unknown |
| 61.12 | DIRTYHANDTOOLS.COM | | Unknown | Intangible | Unknown |
| 61.13 | DIRTYHANDTOOLS.NET | | Unknown | Intangible | Unknown |
| 61.14 | FRICTIONLESSWORLD.COM | | Unknown | Intangible | Unknown |
| 61.15 | RANCHEX.COM | | Unknown | Intangible | Unknown |
| 61.16 | RANCHEXPARTS.COM | | Unknown | Intangible | Unknown |
| 61.17 | RANCHEXPRODUCTS.COM | | Unknown | Intangible | Unknown |
| 61.18 | redback-power.com | | Unknown | Intangible | Unknown |
| 61.19 | redback120v.com | | Unknown | Intangible | Unknown |
| 61.20 | redback40v.com | | Unknown | Intangible | Unknown |
| 61.21 | redbackpower.us | | Unknown | Intangible | Unknown |
| 61.22 | redbackpowerna.com | | Unknown | Intangible | Unknown |
| 61.23 | redbackpowerusa.com | | Unknown | Intangible | Unknown |
| 61.24 | redbackpro.com | | Unknown | Intangible | Unknown |
| 61.25 | trophystrike.com | | Unknown | Intangible | Unknown |
| 61.26 | vinsettaequipment.com | | Unknown | Intangible | Unknown |
| 61.27 | vinsettapowertools.com | | Unknown | Intangible | Unknown |
| 61.28 | vinsettatools.com | | Unknown | Intangible | Unknown |

**Fill in this information to identify the case:**

Debtor name __**Frictionless World, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
| --- |
| Debtor name **Frictionless World, LLC** |
| United States Bankruptcy Court for the: DISTRICT OF COLORADO |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**2.1**  Priority creditor's name and mailing address
**Colorado Department Of Revenue**
**Tax Audit Compliance Div.**
**1375 Sherman St**
**Denver, CO 80203-2246**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$0.00**   Priority amount **$0.00**

**2.2**  Priority creditor's name and mailing address
**Internal Revenue Service**
**1999 Broadway**
**MS 5012 DEN**
**Denver, CO 80202**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$0.00**   Priority amount **$0.00**

| Debtor | **Frictionless World, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 | $13,650.00 |
|---|---|---|---|---|

**Kenneth Wilmes**
**1388 Mt. Moriah Road**
**Livermore, CO 80536**

*Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Disputed severance**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $338,553.00 |
|---|---|---|---|

**Agtec Industries Pvt Ltd**
**38-B, Udyog Vihar, Ecotech -II**
**Greater Noida, U.P. 201306**
**India**

■ Contingent

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,563.04 |
|---|---|---|---|

**Atlas Denver Industrial, LP**
**12001 N. Central Expressway, Suite 875**
**Dallas, TX 75243**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred  9/2019**

**Last 4 digits of account number** _

Basis for the claim:  **Breach of contract -commercial office lease agreement**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,387.50 |
|---|---|---|---|

**Bluesea Trailer Parts Co Ltd**
**Poli Huangdo**
**Qingdao China**

■ Contingent

☐ Unliquidated

■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,500.00 |
|---|---|---|---|

**Changzhou Henghao Special Alloy Co., Ltd**
**No. 5-2, West Taihu Road**
**Xinbei District**
**Changzhou City JS**
**China**

■ Contingent

☐ Unliquidated

■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520,000.00 |
|---|---|---|---|

**Dan Banjo**
**2807 Jay Road**
**Boulder, CO 80301**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Frictionless World, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,645,740.62 |
|---|---|---|---|

**Frictionless LLC**
**Room 608, Caifu Guangchang,**
**Yanzheng Middle Rd**
**Wujin District, Changzhou 213000**
**CHINA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,864.00 |
|---|---|---|---|

**Hong Kong Chinabase Intl. Grp.**
**4th Floor, B Block, Jianhua Indst. Park**
**No 207-208 Qi Gu Deng**
**Shou Shandong Road, Hangzhou**
**China**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,386,720.00 |
|---|---|---|---|

**Intradin Machinery Co [Huzhou]**
**No. 118 Dohui Road**
**Minhang District**
**Shanghai 201109**
**China**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $964,243.94 |
|---|---|---|---|

**Ningbo NGP Industry Co., Ltd.**
**No. 88, Lane 666 Jinshan Road**
**Czone Jianbei Investment Center**
**Ningbo**
**China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,496.00 |
|---|---|---|---|

**Sinotub Industry Co Ltd**
**D-802 Pufa Plaza**
**1759 North Zhongshan Road**
**Shanghai**
**China**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,690.00 |
|---|---|---|---|

**Syndigo**
**833 E. South St.**
**Stoughton, WI 53589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Frictionless World, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,119,369.50** |
|---|---|---|---|

**Tiya International Co Ltd**
**B12B Shenye Center**
**9 Shangdong Rd**
**Qingdao 266071**
**China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,170.00** |
|---|---|---|---|

**Yongkang Legend Garden Machinery**
**Factory**
**No. 501 Xita Road**
**Chengxi Industrial Zone**
**Yongkang City, Zhejiang Prov.**
**China**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Z.L. Investment**

**Room 102, No. 18 Xin Ya Road**
**Wujin High-Tech District, Changzhou City**
**Jiangsu Province, China**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Contested litigation claims against Debtor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$147,244.76** |
|---|---|---|---|

**Zhejiang Kc Mechanical & Electrical**
**No. 299 East Huaxi Road**
**Gushan Yongkang**
**Zhejiang**
**China**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brian D. Koosed**<br>**K&L Gates LLP**<br>**1601 K Street, NW**<br>**Washington, DC 20006** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Kodey M. Haddox**<br>**K&L Gates LLP**<br>**599 Lexington Avenue**<br>**New York, NY 10022** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Nathan G. Osborn**<br>**Montgomery, Little & Soran PC**<br>**5445 DTC Pkwy, Suite 800**<br>**Englewood, CO 80111** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |

Debtor   **Frictionless World, LLC**
Name

Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **25,000.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **17,339,542.36** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **17,364,542.36** |

**Fill in this information to identify the case:**

Debtor name    **Frictionless World, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Facility lease of 1100 West 120th Ave., Suite 600, Westminster, CO 80234**<br><br>**29.5 months** |
| | **Cedar Ridge Property Management**<br>**12001 N. Central Expressway, Suite 875**<br>**Dallas, TX 75243** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **License Agreement**<br><br><br>**30 months** |
| | **Clam Corporation**<br>**12135 Brockton Lane N**<br>**Rogers, MN 55374** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of warehouse space**<br><br>**23 months** |
| | **Dan Banjo**<br>**2807 Jay Road**<br>**Boulder, CO 80301** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of Sharp multi-function printer Contract no. 100-3647138-001**<br>**23 months** |
| | **Leaf Services**<br>**PO Box 5066**<br>**Hartford, CT 06115** |

| Debtor 1 | **Frictionless World, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Ice Machine** | |
|---|---|---|---|
| | State the term remaining | **13 months** | |
| | List the contract number of any government contract | | **Pure Water Dynamics**<br>**30 Kalamath Street**<br>**Denver, CO 80223** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
|---|---|---|---|
| | State the term remaining | **15 months** | |
| | List the contract number of any government contract | | **Stanley Black & Decker, Inc.**<br>**1000 Stanley Drive**<br>**New Britain, CT 06053** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Frictionless World, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
<span style="float:right">12/15</span>

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Dan Banjo** | | **Z.L. Investment** | ☐ D _____<br>■ E/F    **3.14**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Frictionless World, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 30, 2019**     *X* **/s/ Daniel Banjo**
                                         Signature of individual signing on behalf of debtor

                                         **Daniel Banjo**
                                         Printed name

                                         **Chief Executive Officer**
                                         Position or relationship to debtor

## United States Bankruptcy Court
### District of Colorado

In re   **Frictionless World, LLC** _____    Case No. _____

                                   Debtor(s)            Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 30, 2019** _____      **/s/ Daniel Banjo** _____

                                              **Daniel Banjo/Chief Executive Officer**
                                              Signer/Title