# United States Bankruptcy Court
## District of Colorado

In re: **Frictionless World, LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Frictionless World, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 30, 2019**
Date

/s/ David V. Wadsworth
**David V. Wadsworth 32066**
Signature of Attorney or Litigant
Counsel for **Frictionless World, LLC**
**Wadsworth Garber Warner Conrardy, P.C.**
**2580 West Main Street**
**Suite 200**
**Littleton, CO 80120**
**303-296-1999 Fax:303-296-7600**
**dwadsworth@wgwc-law.com**