## CORPORATE RESOLUTION

I, Daniel Banjo, declare under penalty of perjury, that I am the CEO and Member of Frictionless World, LLC (the "Company"), and that on September 30, 2019, the following resolutions were duly adopted:

"Whereas, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Daniel Banjo is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company;

Be It Further Resolved, that Daniel Banjo, the Managing Member of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be it Further Resolved, that Daniel Banjo is authorized and directed to employ the law firm of Wadsworth Garber Warner Conrardy, P.C. to represent the Company in such bankruptcy case."

Executed on September 30, 2019

By: *(signature)*
Name: Daniel Banjo
Its: CEO and Member