## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Frictionless World, LLC, ) | Case No. 19-18459-MER |
| ) | Chapter 11 |
| Debtor. ) | |

### *CORRECTED*[1] UNITED STATES TRUSTEE'S APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The United States Trustee hereby appoints the following creditors to the Official Committee of Unsecured Creditors in this chapter 11 case:

- Ningbo NGP Industry Co., Ltd.
  c/o Jiangang "James" Ou, Esq.
  11200 Westheimer Rd., Ste. 120
  Houston, TX 77042
  Tel: (832) 767-0339
  Fax: (832) 767-0669
  Email: jou@nguyen-chen.com

- Intradin (HuZhou) Precision Technology Co., Ltd.
  Attn: Fu Dengke
  118 Duhui Road
  Minhang District
  Shainghai
  China
  Tel:  0086-021-64908190
  Fax:  0086-021-64903411 ext. 8861
  Email:  felix.fu@intradinchina.com

- Kenneth Wilmes

Dated:  November 20, 2019

Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/  Alan K. Motes
By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7999 telephone
(303) 312-7259 facsimile
Alan.Motes@usdoj.gov

---

[1] Corrected to include the name of a contact person for creditor Intradin (HuZhou) Precision Technology Co., Ltd.